IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSE HERNANDEZ, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13-cv-01095-CRC |
| | ) | |
| FLOWERS BY DANIEL, LLC, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Jose Hernandez, Ana Maria Mejia, and Sonia Vasquez ("Plaintiffs") and Defendants Flowers by Daniel, LLC and Udi Balva ("Defendants"), by and through their undersigned counsel, hereby file this Joint Motion to Approve Settlement and in support thereof state as follows:

1.      On June 20, 2014, Plaintiffs filed their First Amended Complaint in this matter asserting claims for violation of the Fair Labor Standards Act, the D.C. Minimum Wage Act, and the Maryland Wage Hour Law.  Plaintiffs allege that they were employed by both the corporate and individual Defendants in non-exempt positions and that they were suffered and permitted to work more than 40 hours per week for Defendants.  Plaintiffs further allege that they were not paid an overtime premium as required by the law.  Defendants dispute the contention that Plaintiffs were not paid consistent with the applicable law and that Mr. Balva was an "employer" as that term is defined by the applicable law.

2.      The parties twice agreed to extend Defendants' time to respond to the First Amended Complaint, until September 29, 2014, so that the parties could discuss the possibility of settlement. During these conversations, the parties also engaged in discussions regarding the

1

legal merits of the applicable claims and defenses, especially as it pertained to the "employer" status of Mr. Balva in light of the fact that Flowers by Daniel, LLC is not a going concern.

3.      Defendants' response to the First Amended Complaint was set to be due on Monday, September 29, 2014.  However, on that day, after two months' worth of ongoing negotiations, the parties verbally agreed on the terms of a settlement.  Over the next few days the parties finalized and executed the Settlement Agreement and Release of All Claims.  A copy of the executed Settlement Agreement and Release of All Claims is attached hereto as Exhibit 1.

4.      The Settlement Agreement and Release of All Claims provides that Plaintiffs and their counsel will receive a total payment of $12,000.00 within five business days of this Court's approval of the settlement.  This represents only a slight discount from the actual damages claimed by Plaintiffs.  Since Flowers by Daniel, LLC has long been out of business and Defendants raised significant issues with respect to Mr. Balva's personal exposure as a statutory employer, as well as the uncertain nature of litigation, Plaintiffs decided to accept the aforementioned amount.  Of this amount, only $4,500.00 is being paid as attorney's fees and costs for pursuing this matter, leaving the majority of the settlement to be shared by the three Plaintiffs.

5.      The settlement reached by the parties is fair and reasonable as the parties resolved this matter in an arms-length agreement while on the precipice of extensive litigation.  Presenting evidence at trial would have consumed tremendous amounts of time and resources and demanded substantial judicial resources.  This trial would have been costly for all parties and would have further deferred closure.  Any judgment would likely have been appealed, thereby extending the duration of the litigation and exposing the parties to unnecessary risk.  This settlement, on the other hand, will enable the parties to avoid anticipated risks, burdens and

expenses in establishing their respective claims and defenses.  Therefore, all parties agree that the settlement is fair and reasonable and should be approved by the Court.

6.     Accordingly, the parties jointly move this Court to approve the attached Settlement Agreement and Release of All Claims.

WHEREFORE, Plaintiffs Jose Hernandez, Ana Maria Mejia, and Sonia Vasquez and Defendants Flowers by Daniel, LLC and Udi Balva respectfully request that this Court enter an order approving the settlement reached by the parties in this matter and for any additional relief as justice requires.

DATED this __3rd__ day of October, 2014.

Respectfully submitted,

____/s/_____

Gregg C. Greenberg
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
E-Mail: ggreenberg@zagfirm.com
*Attorneys for Plaintiffs*

____/s/_____

Russell B. Berger (Bar No. MD28512)
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
Phone: (410) 209-6449
Fax: (410) 209-6435
E-Mail: rberger@offitkurman.com
*Attorney for Defendants Flowers by Daniel,*
*LLC and Udi Balva*

## <u>CERTIFICATE OF SERVICE</u>

THIS WILL CERTIFY that on this __3rd__ day of October, 2014, a copy of the foregoing

was served via ECF on the following:

>   Gregg C. Greenberg
>   Zipin, Amster & Greenberg, LLC
>   836 Bonifant Street
>   Silver Spring, MD 20910
>   *Attorneys for Plaintiffs*


                                        /s/
                                        _____
                                        Russell B. Berger

4843-2112-8734, v. 1