IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE HERNANDEZ, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 1:13-cv-01095-CRC |
| | ) |
| FLOWERS BY DANIEL, LLC, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jose Hernandez, Ana Maria Mejia, and Sonia Vasquez hereby agree to dismiss any and all claims brought against Defendants Flowers by Daniel, LLC and Udi Balva in the above-captioned action with prejudice and with each party to bear its own costs.

DATED this 16th day of October, 2014.

Respectfully submitted,

/s/
Gregg C. Greenberg
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
E-Mail: ggreenberg@zagfirm.com
*Attorneys for Plaintiffs*

/s/
Russell B. Berger (Bar No. MD28512)
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
Phone: (410) 209-6449
Fax: (410) 209-6435
E-Mail: rberger@offitkurman.com
*Attorney for Defendants Flowers by Daniel, LLC and Udi Balva*

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that on this 16th day of October, 2014, a copy of the foregoing was served via ECF on the following:

>Gregg C. Greenberg
>Zipin, Amster & Greenberg, LLC
>836 Bonifant Street
>Silber Spring, MD 20910
>*Attorneys for Plaintiffs*

/s/
Russell B. Berger

4842-0707-2031, v. 1